# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## KH 19-431 consolidated with KA 19-373

**STATE OF LOUISIANA**

**VERSUS**

**DESTIN REDER**

**A/K/A DESTIN NATHANIEL REDER**

**\*\*\*\*\*\*\*\*\*\***

SUPERVISORY WRIT FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 90103
HONORABLE SCOTT WESTERCHIL, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## BILLY HOWARD EZELL
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of, Billy Howard Ezell, D. Kent Savoie, and Van H. Kyzar, Judges.

**WRIT DENIED.**

**Hon. Asa Allen Skinner**
**District Attorney, 30th JDC**
**P. O. Box 1188**
**Leesville, LA 71496-1188**
**(337) 239-2008**
**COUNSEL FOR PLAINTIFF RESPONDENT:**
    **State of Louisiana**

**Destin Reder**
**RLCC Cajun 1 D1**
**1630 Prison Road**
**Cottonport, La 71327**
**(000) 000-0000**
**COUNSEL FOR DEFENDANT APPLICANT:**
    **Destin Reder, Pro Se**

**EZELL, Judge.**

**WRIT DENIED**: For the reasons stated in *State v. Reder,* 19-373 (La.App. 3 Cir. 12/18/19), ___ So.3d ___, the writ application seeking review of the denial of the Motion to Reconsider Sentence is hereby denied.